BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | D.C. NO. 2-11-cr-0538 KJM |
| v. | ) ) | ORDER FOR UNSEALING INDICTMENT |
| ERIK MONTANE-DARAB, | ) ) | |
| Defendant. | ) ) | |

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED.

DATED: December 20, 2011
_/s/ Carolyn K. Delaney_
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge