```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:11-CR-00538-KJM
                                 )
12          Plaintiff,            )  PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  ERIK MONTANE-DARAB,          )
                                 )
15          Defendant.           )
                                 )
16
17      Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Erik Montane-Darab it is
19  hereby ORDERED, ADJUDGED AND DECREED as follows:
20      1.  Pursuant to 18 U.S.C. § 1467, defendant Erik Montane-
21  Darab's interest in the following property shall be condemned and
22  forfeited to the United States of America, to be disposed of
23  according to law:
24          (a)  One iPhone obtained by consent from the defendant
                 on December 23, 2010.
25
26      2.  The above-listed property was used or intended to be
27  used to commit or to promote the commission of a violation of 18
28  U.S.C. § 1470.
```

1

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 1467(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

///

///

Order of Forfeiture pursuant to 18 U.S.C. § 1467, in which all interests will be addressed.

SO ORDERED this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE